argued case on the calendar today we have one motion to argue at two here before we may please the court my name is jeremy gutman I represent appellant james bayfield on this application for bail pending appeal the government does not suggest that mr. bayfield is a risk of flight or a danger the only challenge they make to our showing is on the question whether we are going to raise on appeal a substantial question as that term is used for purposes of the bail statute may I just ask about the status of mr. bayfield at this moment he did start serving his term is that yes he's he's still in the mdc yes yes is there any ongoing negotiation process something reviewing his designation to that institution there there is not at this point depending on the outcome of this application what you're asking now is for him to be released pending appeal so that's the main issue it's I was just curious about you had an earlier point raised an emergency issue as to where he was going to be but that's an abeyance for the moment the issue is simply release on bail yes your honor the the issue we have raised is has to do with the government's introduction of evidence that the about acts taken more than four years after the bank fraud that was charged in the indictment and that involved the filing of a false deed by mr. bayfield in order for that to be admissible under rule 404 be there has to be a connection between that act and a contested fact it has to serve to rebut a contested fact the government's response to our motion makes very clear there is no such connection the government offered a theory that mr. bayfield opened the door to that evidence by in his cross examination of a cooperating witness named turelle bell who with a group of other people engaged in a series of mortgage frauds that did not involve mr. bayfield tenor more that were entirely independent of mr. bayfield and mr. bell one of his roles in those was to prepare false documents including w-two's the question on cross examination was in order to prepare a false w-two that misrepresents information about the employee do you need the permission and involvement of the employer and he said no you don't need it the only the only suggestion by that is a fairly uncontroversial one that it is not necessary to have the employer involved in the w-two and that because mr. bayfield was an employer as to an apple the applicant the there was an implication he could have here to okay I'm glad it's not just in my in my head the only implication was it wasn't necessary for mr. bayfield to do that in order for these fraudulent applications to have been done the government has been unable to show how the false deed four years later proved anything with respect to that proposition making sure I understand your theory so that that line of cross went to establish your clients non-participation in the in the crime that you didn't need the employer to be involved and so the government is proffered proffered the deed to show intent and and your argument is that if if my if the theory of the defenses I wasn't involved had nothing to do with it introducing another bad act to show intent should not be permitted but but mr. bayfield did not the broader suggestion was not part of that cross-examination and not introduced otherwise there was no dispute that mr. bayfield had a connection to these properties that he in fact was going to live in one of the properties that he he had lived in it before the sale and continue to live in it and there was independent evidence of that there was testimony there was a photograph of him so that this went to a much narrower point that could have raised a reasonable doubt not as to whether he knew anything at all about the sale did you seek a 404-B limiting instruction when the evidence when the judge concluded that it should come in I know I waved that really based on a strategic view that that it would only call more attention to that evidence so we did we didn't ask for the limiting instruction I don't think that alters the fact that we very strenuously argued that this was inadmissible and that the government's theory what puzzles me about the the statement just made about what the defense was and what the cross-examination went to is isn't this really all a question of intent that is it's clear that you know one might say there's something funny about this because Mr. Bayfield continues to live in this place even though it's supposedly been sold to someone else and the whole case is really about did he intend anything wrongful there did he engage in some kind of fraud isn't that what the issue is as you say it's not about whether he played some role or participated or was generally aware of the transactions it was did he do this with some sort of fraudulent intent what am I missing well but but it gets back to what what what is proven by the 404b that relates to something that was contested if we're talking generally about a very generalized intent the problem with rule 404b recognizes that propensity that it this thing about the deed though this is not if I'm understanding the situation correctly this is not some extraneous bad act that Mr. Bayfield is alleged to have done on some other occasion involving some other property that would show I see he's a bad guy and therefore he must have intended something fraudulent here this is in connection with the same property right it's in connection it is but what it it doesn't really prove anything about what he knew or intended four years earlier it right it's it's by the government's position a fraudulence a fraudulent document so it doesn't prove anything about what he actually knew or what the actual facts were and the the government's suggestion that it proved he was really going to be in control of this property all along but they had other evidence of that the only thing this particular evidence added is that he created a false document and that was something they didn't prove any other way and again I think to the extent that it's probative it's because propensity is probative and in the absence of a rule it would it would be logical to have that factor into your decision about whether it's more likely than not that he participated in a fraud four years earlier but that's exactly what 404B prohibits is there an inference from this that I forget the name of this broad buyer but that Melissa Supreze yeah that that that he felt that she owed it to him all along this is not really exactly a separate fraud on her it's not like he's trying to steal the property from her it it would lead a reasonable person to think that he felt entitled because this was supposed to be his all along and and but that was not in dispute and in fact the other cross-examination that the government points to was a question about didn't about Mr. Bayfield renovating this property and and putting a lot of work into it and taking pride in it it was actually nothing nothing that was raised by the defense disputed this idea that this was going to be his property so the notion that we need a separate crime a false deed in order to rebut a position of the defense is based on misconstruing what the defense actually presented and also misconstruing what could reasonably be proven was the argument below directed solely to 404B or also to the argument that this is inextricably intertwined part of the part of the government's narrative part of the crime charge in the government's motion in limine they they sought to introduce it as inextricably intertwined we objected to that and and the court agreed not to rule on that basis and this is certainly something you went back later and and suggested maybe he'd been wrong about that is that I think I think in you know what would be dictum if this were a written opinion yes it's something something to that effect the fact is on on that issue there's clearly no controlling precedent it's clear and again we're today in the context of a bail application we don't have to convince you we're ultimately right but certainly the case they rely on Carboni very strongly emphasized that it was that the two acts the uncharged act and the charged act occurred very close in time to one another there is no case that the government can point to where there's a four-year gap and it's still considered inextricably intertwined thank you may it please the court Mark Beeney for the United States and I represented the United States along with two other USA's in the district court up the government requests that this court affirm the district court's ruling denying bond on appeal or excuse me that this court denied bond on appeal as the district court also denied that for some of the reasons that the district court set out because the defendant has not raised a substantial issue concerning any of the issues that he's raised with respect to the 404 B issue as your honors have pointed out this was a very close call as to whether or not it was direct evidence the government believes that it is direct evidence but starting first with the 404 B arguments the government believes it was properly admitted at this point in the trial because as the district court providently in their motion in limine and this is at page 13 of the appendix set out in their decision that the government's motion in limine is granted to the extent that the government may introduce the proffered evidence in limine with rule 404 B if and when at any point during trial Bayfield disputes his knowledge or intent with respect to the charged crimes and at this point when this was admitted at that point the defendant now had challenged the primary government witness a cooperator who fingered the defendant as being part of this fraud scheme in at least two ways first by attacking or suggesting that the false documents regarding employment W-2 statements could be generated alone suggesting the defendant Bayfield had no involvement in it and second by indicating that the defendant had rehabilitated properties including this 174th Street property and so the government's position is that this line of questioning certainly put the defendant's knowledge and intent at issue and so it was the court the district court was correct in permitting the government at that point to admit the evidence in addition besides a 404 B basis the government believes that this was in fact direct evidence that was inextricably intertwined because as your honor pointed out this related to the very same property 174th Street and went directly to this issue of Melissa Suprise was the straw buyer who had purchased this the government's case was that Melissa Suprise and the other straw buyers involved were all directed by the defendant and the fact that when in fact the government tried to evict the defendant because it was still in her name he immediately used this backdated fraudulent transfer in January of 2013 now placing the property in his name unusual to as your adversary pointed out to have an inextricably intertwined bad act that is so far removed in time I mean most of the was after and it's after the charged conspiracy however it was dated for a period within the conspiracy and that's where again and I think that Judge Vitiliano in setting out in his decision I think that's one of the reasons why he indicated both in his decision on the motion to eliminate and that trial that he was going to admit it under Rule 404B and I suggest that even if it's not direct evidence because of that time lapse as your honor points out it is so closely tied that this is not propensity evidence as your honor noted this doesn't have to do with some other transaction or was not put in to show oh the defendant is just a bad guy and here we're going to talk about something that doesn't relate to this case and in fact I would also argue your honors that any error was harmless because there was a mountain of evidence as as defense counsel notes there was a picture of the defendant coming out of the same property which had been fraudulently transferred in the days before trial so many years later that he continued to live there and in fact there was evidence including multiple cooperating witnesses who placed the defendant squarely in this fraud scheme and as a result this small piece of evidence was did not change the outcome of trial here and in fact the government noted it only once in summation and briefly in rebuttal and so for for all of these reasons your honors the government would ask that because there's no substantial question raised by the defendant's appeal that bond be denied pending the appeal. Thank you both for your arguments we'll take the matter under advisement. That concludes the calendar this morning so I'll ask the clerk to adjourn court. Thank you. Thank you.